THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE
TOMKINS COVE STONE COMPANY, Appellant, *v.* MAR-
TIN SAXE et al., as the State Tax Commission,
Respondents.

*People ex rel. Tomkins Cove Stone Co.* v. *Saxe,* 176 App. Div. 1,
affirmed.

(Argued June 6, 1917; decided July 11, 1917.)

APPEAL from an order of the Appellate Division of
the Supreme Court in the third judicial department,
entered January 3, 1917, which confirmed a determina-
tion of the state tax commission reducing and con-
firming as reduced a franchise tax against the relator.
Exemption was claimed upon the ground that the whole
of relator's capital was actually employed in this state in
manufacturing and in the sale of the product of such
manufacturing. The point at issue was whether the
making of road metals and concrete aggregate as carried
on by relator was in fact a manufacture.

*John De Witt Warner* for appellant.

*Merton E. Lewis, Attorney-General (James T. Cross*
of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: CHASE, COLLIN, CARDOZO, POUND, McLAUGH-
LIN, CRANE and ANDREWS, JJ.